### 399

Francesco Marsella
vs.          } No. 37993
Attilio Simonelli

DECISION

July 31, 1919

DORAN, J. For that part of plaintiff's claim not represented by his checks, I do not think it clear that the evidence preponderates in favor of plaintiff. A verdict for plaintiff for the debt represented by the checks I should not disturb, but plaintiff testified to credits in defendant's favor amounting to about $141. If interest is allowed on the checks from their dates, it is impossible with any accuracy to make rests for deduction of the credits. The plaintiff was a most difficult witness to understand. I have not data of sufficient certainty to attempt to make a remittitur.

Motion for new trial granted.

For plaintiff: Lee, Boss & McCanna.

For defendant: Washington R. Prescott and Pasquale Romano.